UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/3/2023_____

ADAMS,

      Plaintiff,

-against-

DSLM 1 ASSOCIATES LLC ET AL.,

      Defendants.

22-cv-06916 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  On August 17, 2022, Plaintiff filed a Complaint commencing this action against Defendants DLSM Associates LLC and Fools Gold NYC LLC. ECF No. 7. On December 19, 2022, the Court entered the parties' stipulation extending the Defendants' time to respond until January 31, 2023. ECF No. 12. To date, no answer or response has been filed.

  The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 10, 2023**.

SO ORDERED.

Dated: February 3, 2023
    New York, New York

                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**