UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAMS,

                Plaintiff,

                -against-

DSLM 1 ASSOCIATES LLC ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/9/2023

22-cv-06916 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **February 9, 2023**
              **New York, New York**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**